Thank you. Your request has been submitted.

Return to FOIA Request Generator

Return to FOIA Home Page

This is a request filed under the Freedom of Information Act.

Request Date: **8/16/2011**

The time period of my request is from 1/1/2001 to the present.

Description of request:
**1. Documents constituting, referring to, or concerning requests made to the State Department by corporations or other business entities; by lawyers, consultants, lobbyists, or others representing corporations or other business entities; or by members of Congress or congressional staffers, proposing modification of the description of the judiciary of any foreign state in the State Department◊s Human Rights Report (published at http://www.state.gov/g/drl/rls/hrrpt/index.htm), Country Specific Information (published at http://travel.state.gov/travel/cis_pa_tw/cis/cis_4965.html), or Judicial Assistance reports (published at http://travel.state.gov/law/judicial/judicial_2510.html) relating to that state. 2. Documents constituting, referring to, or concerning reports or correspondence by corporations or other business entities, or by lawyers, consultants, lobbyists, or others representing corporations or other business entities, relating to actual or alleged corruption, failure to provide due process of law, partiality, or lack of independence of the judiciary of a foreign state.**

- For faster processing please restrict the parameters of this FOIA request to the State Archiving System (SAS)--over 25 million electronic records consisting of telegrams from mid-1973 to present.

I am willing to pay fees for this request up to a maximum of $25

In order to help to determine my status to assess fees, you should know that I am

- ◉ a representative of the news media affiliated with Letters Blogatory (lettersblogatory.com)    and this request is made as part of a news gathering effort and not for commercial use.(Additional documentation or comments will be required).

- ◯ affiliated with an educational or noncommercial scientific institution, and this request is made for a scholarly or scientific purpose and not for commercial use.(Additional documentation will be required).

- ◯ an individual seeking information for personal use and not for commercial use.

- ◯ affiliated with a private corporation and am seeking information for use in the company's business.

Additional Comments
**I publish Letters Blogatory, a blog covering current developments in private international law. I note that the Department categorized me as a representative of the news media in a prior FOIA request, and I request similar treatment on this request. I request expedited treatment of my request. I qualify for expedited treatment because I am a news media requester, or in the alternative, because I**

publish information to the public on my website rather than to a particular segment or group. The information I am requesting concerns actual or alleged federal government activity, namely, changes to State Department guidance on foreign states' judiciaries in response to comments from the public, and it is urgently needed because it involves a breaking news story of general public interest. More specifically, I intend to publish a story about ongoing litigations in which US defendants have cited State Department guidance as grounds for denying recognition and enforcement of foreign judgments.

Thank you for your consideration of my request. Sincerely,

**Theodore J. Folkman.**

E-mail Address:
**tjf@murphyking.com**

Street Address:
**Murphy & King, P.C.
One Beacon St.
Boston, MA
02108**

Telephone Number: **(617) 226-3451**
Fax Number:

Print