# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THEODORE J. FOLKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-10614-RWZ |
| ) | |
| U. S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the defendant in the above-captioned matter.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:  */s/ Anita Johnson*
       Anita Johnson
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated: March 27, 2013      Email: Anita.Johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via Fist Class Mail.

|  |  |
|---|---|
|  | */s/ Anita Johnson* |
|  | Anita Johnson |
| Dated: March 27, 2013 | Assistant United States Attorney |