UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE J. FOLKMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>US DEPARTMENT OF STATE,<br><br>          Defendant | Civ. A. No. 13-10614-RWZ |

**PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING THE DEFENDANT
TO PRODUCE A *VAUGHN* INDEX**

The plaintiff, Theodore J. Folkman, moves that the Court enter an order requiring the defendant, the Department of State, to provide a *Vaughn* index within thirty days. A memorandum of law in support of this motion is being filed herewith.

                                                              Respectfully submitted,

                                                              /s/ Theodore J. Folkman
                                                              Theodore J. Folkman (BBO No. 647642)
                                                              MURPHY & KING, P.C.
                                                              One Beacon St.
                                                              Boston, Mass. 02108
                                                              (617) 423-0400
                                                              tjf@murphyking.com

                                                              *Pro se*

Dated: June 27, 2013

## LOCAL RULE 7.1 CERTIFICATE

  I certify that I have conferred with counsel for the defendant and attempted in good faith to resolve or narrow the issue.

                 /s/ Theodore J. Folkman

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 27, 2013.

                 /s/ Theodore J. Folkman

652276