UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THEODORE J. FOLKMAN,

          Plaintiff,

vs.

US DEPARTMENT OF STATE,

          Defendant

Civ. A. No. 13-10614-RWZ

## JOINT STATUS REPORT

Pursuant to the Court's order at the Scheduling Conference of November 7, 2013, the

parties report that they have agreed that the production of the documents referenced in paragraph

3 of the Joint Statement of November 7, 2013 (ECF No. 24) shall be made on or before

September 30, 2014.

Respectfully submitted,

/s/ Theodore J. Folkman
Theodore J. Folkman (BBO No. 647642)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
(617) 423-0400
tjf@murphyking.com

*Pro se*

US DEPARTMENT OF STATE

By its attorney:

/s/ Anita Johnson
Anita Johnson
Assistant U.S. Attorney
Moakley United States Courthouse, Suite 9200
One Courthouse Way
Boston, Mass. 02210
(617) 748-3633
Anita.johnson@usdoj.gov

Dated: June 2, 2014

## CERTIFICATE OF SERVICE

I certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 2, 2014.

/s/ Theodore J. Folkman