UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE J. FOLKMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>US DEPARTMENT OF STATE,<br><br>           Defendant | Civ. A. No. 13-10614-RWZ |

**PLAINTIFF'S MOTION FOR LEAVE
TO SERVE A SUPPLEMENTAL PLEADING**

Pursuant to Fed. R. Civ. P. 15(d), the plaintiff, Theodore J. Folkman, moves for leave to serve a supplemental complaint and for an order requiring the defendant to answer the supplemental complaint within thirty days of service. The proposed supplemental complaint is attached to this motion as Exhibit 1. A memorandum of law and a declaration are being filed with this motion.

REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), the plaintiff requests oral argument.

                                        Respectfully submitted,

                                        /s/ Theodore J. Folkman
                                        Theodore J. Folkman (BBO No. 647642)
                                        MURPHY & KING, P.C.
                                        One Beacon St.
                                        Boston, Mass. 02108
                                        (617) 423-0400
                                        tfolkman@murphyking.com

                                        *Pro se*

Dated: July 16, 2014

## LOCAL RULE 7.1 CERTIFICATE

I certify that on June 25, 2014, I confered with counsel for the defendant in a good-faith attempt to resolve or narrow the issue.

/s/ Theodore J. Folkman

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on July 16, 2014.

/s/ Theodore J. Folkman

672754