# MK | Murphy&King

**THEODORE J. FOLKMAN**
Direct Dial: 617-226-3451
Direct Fax: 617-305-0651
Email: tjf@murphyking.com

December 16, 2013

Anita Johnson, Esq.
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Mass. 02210

re: *Folkman v. US Dept. of State*, No. 13-10614

Dear Anita:

Thank you for your help with the December 5 production. I am writing to ask that the Department provide a declaration similar to the Second Declaration of Sheryl L. Walter justifying the withholdings and redactions the Department has made in the latest production. Also, I request that the Department identify the government office and the third party referenced in Ms. Walter's letter of December 2, 2013, as well as the third party referenced in her letter of September 30. With respect to the third party referenced in the September 30 letter, what is the status of the Department's consultations, and will the documents in question be produced?

Sincerely,

Theodore J. Folkman

Professional Corporation
Counsellors at Law

www.murphyking.com

One Beacon Street
Boston, MA 02108-3107
Tel: 617.423.0400
Fax: 617.423.0498

590 Madison Avenue, 35th Floor
New York, NY 10022-8552
Tel: 212.631.0223
Fax: 212.624.0223