UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THEODORE J. FOLKMAN

Plaintiff,

vs.

U.S. DEPARTMENT OF STATE,

Defendant

Civ. A. No. 13-10614-RWZ

**STATUS REPORT**

Pursuant to the Court's order of June 9, 2014, the parties submit the following joint status report:

1. The Department of State completed its production of records responsive to the plaintiff's FOIA request on September 30, 2014.

2. On or before October 29, 2014, the Department will produce a draft *Vaughn* index detailing its grounds for withholding responsive records or portions of records. By agreement of the parties, the index need not include entries for records or portions of records withheld under FOIA Exemption 6.

3. Thereafter, the parties will seek to work out any remaining issues. The parties suggest that they report to the Court on November 21, 2014 on the status of the case. If further proceedings are necessary, the parties will propose a schedule at that time.

Respectfully submitted,

/s/ Theodore J. Folkman
Theodore J. Folkman (BBO No. 647642)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
(617) 423-0400
tjf@murphyking.com

*Pro se*

CARMEN ORTIZ
United States Attorney

/s/ Anita Johnson
Anita Johnson
Assistant U.S. Attorney
Moakley United States Courthouse, Suite 9200
One Courthouse Way
Boston, Mass. 02210
(617) 748-3633
Anita.johnson@usdoj.gov

Dated: October 7, 2014

CERTIFICATE OF SERVICE

I certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on October 7, 2014.

Theodore J. Folkman

677063